EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de término para presentar comentarios a los proyectos de Código de Conducta Profesional y de Reglas de Procedimiento para Asuntos Disciplinarios de la Abogacía y la Notaría | 2014 TSPR 22<br><br>190 DPR ____ |

Número del Caso: EM-2014-1

Fecha: 21 de febrero de 2014

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Extensión de término para presentar comentarios a los Proyectos de Código de Conducta Profesional y de Reglas de Procedimiento para Asuntos Disciplinarios de la Abogacía y la Notaría

ER-2014-001

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 21 de febrero de 2014.

Mediante Resolución de 20 de diciembre de 2013, ER-2013-004, autorizamos la divulgación de los Proyectos de *Código de Conducta Profesional de Puerto Rico* y de *Reglas de Procedimiento para Asuntos Disciplinarios de la Abogacía y la Notaría*. A tales efectos, concedimos hasta el 28 de febrero de 2014 para que la ciudadanía y la comunidad jurídica examinaran los Proyectos y presentaran sus comentarios y recomendaciones ante el Secretariado de la Conferencia Judicial y Notarial.

En vista de la complejidad de los Proyectos y de su envergadura, concedemos una extensión del término antes dispuesto hasta el 1 de abril de 2014 para fomentar una mayor participación y el estudio cuidadoso de las propuestas.

Notifíquese a la Directora del Secretariado de la Conferencia Judicial y Notarial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo